# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158910(49)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

FREDERICK R. WHEELER and MARILYN
WHEELER,
      Plaintiffs-Appellees,

v

CITY OF LIVONIA,
      Defendant-Appellant.
_____/

SC: 158910
COA: 338704
Wayne CC: 15-009025-NZ

On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer is GRANTED. The answer will be accepted as timely filed if submitted on or before March 1, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2019



Clerk